## Criminal Case Cover Sheet

**FILED:** REDACTED

U.S. District Court

**Place of Offense:** ☒ **Under Seal**

**Judge Assigned:**

City: Manassas & elsewhere   Superseding Indictment:   **Criminal No.**

County: Prince William & elsewhere   Same Defendant:   New Defendant:

Magistrate Judge Case No. 1:20-mj-140   **Arraignment Date:**

Search Warrant Case No.   R. 20/R. 40 From:

### Defendant Information:

**Defendant Name:** Hyrum T. Wilson   Alias(es):   ☐ Juvenile   FBI No.

**Address:** XXXXXXXXXXXXXX, Auburn, Nebraska 68305

Employment: Hyrum's Family Value Pharmacy, Auburn, Nebraska, 68305

**Birth Date:** XX/XX/1978   **SSN:** XXX-XX-7340   **Sex:** Male   Race: White   Nationality: U.S.A.

**Place of Birth:** California   Height: 6' 02"   Weight: 170 lb   Hair: Brown   Eyes: Green   Scars/Tattoos:

☐ **Interpreter**   **Language/Dialect:**   Auto Description:

### Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

### Defense Counsel Information:

Name:   ☐ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☒ Federal Public Conflicted Out

### U.S. Attorney Information:

**AUSA(s):** Raj Parekh   **Phone:** (703) 299-3725   Bar No.

### Complainant Agency - Address & Phone No. or Person & Title:

Samad D. Shahrani, Federal Bureau of Investigation (718-644-5343)

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 846 & 841 | Conspiracy to distribute controlled | Count One | Felony |
| Set 2: | 18 U.S.C. §§ 844(h)(1) & | Conspiracy to use fire and explosives | Count Two | Felony |

**Date:** 4/17/2020   **AUSA Signature:** /s/ Raj Parekh   *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 924(c)(1)(A) | Possession of firearms in furtherance | Count Three | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form        Reset Form