AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) |
|---|---|
| v. | ) Case No. 8:20mj189 |
| HYRUM T. WILSON | ) |
| | ) Charging District's Case No. 1:20MJ140 |
| *Defendant* | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
**(Complaint or Indictment)**

I understand that I have been charged in another district, the *(name of other court)* Eastern District of Virginia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☑ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 04/20/2020

s/Hyrum T. Wilson as sworn to at videoconference hearing
*Defendant's signature*

s/Joseph L. Howard as sworn to at teleconference hearing
*Signature of defendant's attorney*

Joseph L. Howard
*Printed name of defendant's attorney*

Query    Reports    Utilities    Help    What's New    Log Out

CLOSED,CUSTODY

# U.S. District Court
## District of Nebraska (8 Omaha)
## CRIMINAL DOCKET FOR CASE #: 8:20-mj-00189-SMB All Defendants

| | |
|---|---|
| Case title: USA v. Wilson | Date Filed: 04/17/2020 |
| Other court case number: 1:20MJ140 USDC - Eastern District of Virginia | Date Terminated: 04/20/2020 |

Assigned to: Magistrate Judge Susan M. Bazis

### Defendant (1)

**Hyrum T. Wilson**      represented by    **Joseph L. Howard**
*TERMINATED: 04/20/2020*                                     DORNAN, TROIA LAW FIRM
                                                                        1403 Farnam Street
                                                                        Suite 232
                                                                        Omaha, NE 68102
                                                                        (402) 884-7044
                                                                        Fax: (402) 884-7045
                                                                        Email: jhoward@dltlawyers.com
                                                                        *ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| (Count 1) 21:841(a)(1) & 846 CONSPIRACY TO DISTRIBUTE | |

CONTROLLED SUBSTANCE; (Count 2) 18:844(h)(1) & (m) CONSPIRACY TO USE A FIRE AND EXPLOSIVES TO COMMIT COUNT ONE; (Count 3) 18:924(c)(1)(A)(i) POSSESSION OF FIREARMS IN FURTHERANCE OF COUNT ONE

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Michael P. Norris** <br> U.S. ATTORNEY'S OFFICE - OMAHA <br> 1620 Dodge Street <br> Suite 1400 <br> Omaha, NE 68102-1506 <br> (402) 661-3700 <br> Fax: (402) 345-5724 <br> Email: michael.norris@usdoj.gov <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* <br><br> **Raj Parekh** <br> UNITED STATES ATTORNEY'S OFFICE - ALEXANDRIA, VA <br> 2100 Jamieson Avenue <br> Alexandria, VA 22314 <br> (703) 299-3700 <br> Fax: (703) 299-3982 <br> Email: raj.parekh@usdoj.gov <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2020 | 1 | RULE 5 COMPLAINT - OUT (Copy of Complaint from USDC - Eastern District of Virginia; 1:20MJ140) as to defendant Hyrum T. Wilson signed by Magistrate Judge Michael S. Nachmanoff. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LKO) (Additional attachment(s) added on 4/20/2020: # 1 Warrant) (LKO). (Entered: 04/20/2020) |
| 04/20/2020 | 2 | RESTRICTED ORDER as to defendant Hyrum T. Wilson. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE |

| | | |
|---|---|---|
| | | COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Initial Appearance set for 4/20/2020 at 2:00 PM by video conferencing before Magistrate Judge Michael D. Nelson. Ordered by Magistrate Judge Michael D. Nelson. (KLF) (Entered: 04/20/2020) |
| 04/20/2020 | 3 | NOTICE OF ATTORNEY APPEARANCE by Attorney Joseph L. Howard as to defendant(s) Hyrum T. Wilson. (Howard, Joseph) (Entered: 04/20/2020) |
| 04/20/2020 | 5 | NOTICE OF ATTORNEY APPEARANCE by Attorney Raj Parekh appearing for USA as to defendant Hyrum T. Wilson. (LKO) (Entered: 04/20/2020) |
| 04/20/2020 | 8 | TEXT MINUTE ENTRY for proceedings held on 4/20/2020 before Magistrate Judge Michael D. Nelson as to defendant Hyrum T. Wilson. Rule 5 hearing held. Judge, Defendant, and Government are present by WebEx/Video Conference. Defendant's counsel present by telephone. Identity Hearing waived. Preliminary Hearing waived. Detention hearing held. Defendant concedes on the issue of detention. Government's oral motion for detention is granted as to flight and danger. Defendant found to be person charged. Commitment to the Eastern District of Virginia entered. Rule 5 order forthcoming. Attorneys for the government, and the defendant will make an effort to coordinate the setting of Defendant's next appearance in the Eastern District of Virginia with the United States Marshal, and Clerk of Court. Defendant remanded to the custody of the U.S. Marshal for transfer to the charging district. Hearing held by Internet/Telephonic Conferencing; Appearance for Plaintiff: Thomas J. Kangior, Raj Parekh, USA; Appearance for Defendant: Joseph L. Howard, Retained; Courtroom Deputy: Sara Pankoke; Court Reporter: Digital Recorder. No interpreter used during hearing. Time Start: 2:07 PM; Time Stop: 2:24 PM; Time in Court: 17 Minutes. (SLP) (Entered: 04/20/2020) |
| 04/20/2020 | 9 | ORDER of Detention as to defendant Hyrum T. Wilson. Ordered by Magistrate Judge Michael D. Nelson. (SLP) (Entered: 04/20/2020) |
| 04/20/2020 | 10 | 🔊 AUDIO FILE. Audio as to Defendant (1) Hyrum T. Wilson. Court Date & Time [ 4/20/2020 2:07:03 PM ]. File Size [ 4268 KB ]. Run Time [ 00:17:47 ]. (Initial Appearance). (auto-docket). (Entered: 04/20/2020) |
| 04/20/2020 | 11 | WAIVER of Rule 5 Hearings - right to Identity Hearing, Preliminary Hearing, and Detention Hearing waived by Attorney Joseph L. Howard as to defendant Hyrum T. Wilson. (LKO) (Entered: 04/21/2020) |
| 04/20/2020 | 12 | RULE 5 ORDER - An Indictment and Warrant (charging document) having been filed in the Eastern District of Virginia, charging the above-named defendant with (Count I) 21:841(a)(1) & 846, (Count 2) 18:844(h)(1) & (m), and (Count 3) 18:924(c)(1)(A)(i), and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. Rule 5. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5 and was informed of the provisions of Fed.R.Cr.P.20 as to defendant Hyrum T. Wilson. Ordered by |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Magistrate Judge Michael D. Nelson. (LKO) (Entered: 04/21/2020)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
| 04/20/2020 | 13 | COMMITMENT TO ANOTHER DISTRICT as to Hyrum T. Wilson. Defendant committed to District of USDC - Eastern District of Virginia. Ordered by Magistrate Judge Michael D. Nelson.(LKO) (Entered: 04/21/2020)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
| 04/21/2020 | 14 | Notice to USDC - Eastern District of Virginia of a Rule 5 Initial Appearance as to defendant Hyrum T. Wilson. Your case number is: 1:20MJ140. The following documents are available on the public docket: Audio File 10 , Order 12 , Order of Detention 9 , Notice of Attorney Appearance - USA 5 , Notice of Attorney Appearance - Defendant 3 , Initial Appearance 8 , Waiver of Rule 5 Hearings 11 , and Commitment to Another District 13 . NOTE: All sealed and restricted documents will be sent via a separate e-mail. To request additional transfer information, please send a request to: clerk@ned.uscourts.gov. (LKO) (Entered: 04/21/2020) |

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 8:20mj189 |
| ) | |
| HYRUM T. WILSON ) | Charging District's |
| *Defendant* ) | Case No. 1:20MJ140 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the  Eastern  District of  Virginia ,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____ .

The defendant:  ☑ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  04/20/2020                                s/Michael D. Nelson
                                                *Judge's signature*

                                         Michael D. Nelson, United States Magistrate Judge
                                                *Printed name and title*